In re Petition for DISCIPLINARY AC-TION AGAINST Jill Alane Poppe MACKENZIE, a Minnesota Attorney, Registration No. 0212568.

No. A15–1888.

Supreme Court of Minnesota.

May 16, 2016.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent Jill Alane Poppe Mackenzie committed professional misconduct warranting public discipline—namely, neglecting three client matters and failing to communicate with these clients, *see* Minn. R. Prof. Conduct 1.3, 1.4(a)(3), and 1.4(a)(4); failing to deposit advanced fees she received from two clients into her trust account, *see* Minn. R. Prof. Conduct 1.15(c)(5); failing to refund the unearned portion of her retainer and return the client's file after two clients terminated their representation, *see* Minn. R. Prof. Conduct 1.15(c)(4) and 1.16(d); and failing to cooperate with the Director, *see* Minn. R. Prof. Conduct 8.1(b).

The court deemed the allegations in the petition admitted, *see* Rule 13(b), Rules on Lawyers Professional Responsibility (RLPR), and directed the parties to file memoranda regarding the appropriate discipline to impose in this case. Only the Director filed a memorandum. The Director recommends that the court indefinitely suspend respondent with no right to petition for reinstatement for 2 years.

The court has independently reviewed the file and approves the Director's recommended discipline.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Jill Alane Poppe Mackenzie is indefinitely suspended from the practice of law, effective 14 days from the date of this order, with no right to petition for reinstatement for 2 years from the suspension date.

2. Respondent may petition for reinstatement pursuant to Rule 18(a)–(d), RLPR. Reinstatement is conditioned on successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR.

3. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals) and shall pay $900 in costs pursuant to Rule 24, RLPR.

BY THE COURT:

/s/————————————
David R. Stras
Associate Justice

LILLEHAUG, J., took no part in the consideration or decision of this case.